# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **REMARKABLE HEALTHCARE OF CARROLLTON, LP et al.**[1], | § § § § | Chapter 11<br>Case No. 18-40295<br>(Jointly Administered) |
| Debtors. | § § | |
| | § § | |
| **LARRY A. LEVICK, LITIGATION TRUSTEE OF THE UNSECURED CREDITORS' LITIGATION TRUST (A/K/A THE REMARKABLE LITIGATION TRUST),** | § § § § § § § | |
| Plaintiff, | § § | |
| v. | § | ADVERSARY No. 20-04027 |
| **LANDMARK HEALTHCARE, INC.,** | § § § | |
| Defendant. | § | |

## STIPULATION TO EXTEND TIME FOR DEFENDANT LANDMARK HEALTHCARE, INC., TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT TO AVOID AND RECOVER PREFERENTIAL AND FRAUDULENT TRANSFERS AND TO DISALLOW CLAIMS

**COME NOW**, Larry A. Levick, as Litigation Trustee of the Unsecured Creditors' Litigation Trust (a/k/a The Remarkable Litigation Trust) ("**Plaintiff**"), and Defendant Landmark Healthcare, Inc., ("**Defendant**"), by and through their respective undersigned counsel, and hereby stipulate and agree that the deadline for Defendant to file an Answer or responsive pleading to the

---

[1] The Debtors in these jointly-administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Remarkable Healthcare of Carrollton, LP (5960), Remarkable Healthcare of Dallas, LP (3418), Remarkable Healthcare of Fort Worth, LP (1650), Remarkable Healthcare of Seguin, LP (4566), and Remarkable Healthcare, LLC (5142).

Trustee's *Complaint to Avoid and Recover Preferential and Fraudulent Transfers and to Disallow Claims* is extended through and including March 31, 2020.  This extension is without prejudice to any further extensions of time that may be granted or requested.

**DATED:  March 6, 2020**

> Respectfully submitted,
>
> SINGER & LEVICK, P.C.
>
> By:     /s/  Michelle E. Shriro
> Michelle E. Shriro
> State Bar No. 18310900
> William R. Dorward
> State Bar No. 24007123
> Todd Hoodenpyle
> State Bar No. 00798265
>
> 16200 Addison Road, Suite 140
> Addison, Texas  75001
> Phone: 972.380.5533
> Fax: 972.380.5748
> Email: mshriro@singerlevick.com
> Email: dorward@singerlevick.com
> Email: hoodenpyle@singerlevick.com
>
> ATTORNEYS FOR
> LARRY A. LEVICK, LITIGATION TRUSTEE
>
>  **- AND –**

**HAYNES AND BOONE, LLP**

By: */s/ David L. Staab*
David L. Staab
State Bar No. 24093194
HAYNES AND BOONE, LLP
301 Commerce Street, Suite 2600
Fort Worth, TX 76102
Telephone No.: (817) 347-6645
Facsimile No.: (817) 348-2387
Email: david.staab@haynesboone.com

*Attorney for Landmark Healthcare, Inc.*